UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RENE SALINAS, | Case Number: 2:20-cv-02012-WGC |
| Plaintiff, | |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE HER BRIEF**

**IT IS HEREBY ORDERED** that Plaintiff's motion is GRANTED. Plaintiff's brief is due **August 11, 2021**. All other due dates are also extended by 30 days.

DATED: July 1, 2021.

_____
William G. Cobb
United States Magistrate Judge