CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4811
Facsimile: (415) 744-0134
E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RENE SALINAS, | ) |
| Plaintiff, | ) Case No.: 2:20-cv-02012-WGC ) |
| vs. | ) **ORDER GRANTING UNOPPOSED MOTION** ) **FOR EXTENSION OF TIME** ) |
| KILOLO KIJAKAZI, | ) (*FIRST REQUEST*) |
| Acting Commissioner of Social Security,[1] | ) ) |
| Defendant. | ) |

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Defendant, the Acting Commissioner of Social Security (the "Commissioner"), through the undersigned counsel, hereby requests an extension of time to file her Cross-Motion to Affirm and Response to Plaintiff's Motion for Reversal and/or Remand in this case. In support of this request, the Commissioner respectfully states as follows:

1. Primary responsibility for handling this case has been delegated to the Office of the Regional Chief Counsel, Region IX, in San Francisco, California (the "Region IX Office").

2. Defendant's response to Plaintiff's opening brief is currently due September 10, 2021. Defendant has not previously requested an extension of time for this deadline.

3. The Region IX Office currently handles all district and circuit court litigation involving the Social Security program arising in Arizona, California, Hawai'i, Nevada, and Guam.

4. The Region IX Office employs 47 staff attorneys, of whom 27 handle civil litigation involving the Social Security program in these eight assigned jurisdictions, at least part-time. Between July 15, 2021, and August 14, 2021, the Region IX Office had 247 district court briefs due in the jurisdictions it handles. In addition, the Region IX Office had five appellate cases requiring briefing before the United States Court of Appeals for the Ninth Circuit during that period.

5. In addition to this "program" litigation, the 27 staff attorneys in the Region IX Office maintain other workload responsibilities, with most of them dedicating 40 percent or more of their time to these workloads. The Region IX Office provides a full range of legal services as counsel for the Social Security Administration, in a region that covers four states (including the most populous state in the nation) and three territories. These other workloads include employment litigation; civil rights investigations; bankruptcy matters; and requests for legal advice on wide-ranging topics, including employee conduct and performance, reasonable accommodation, hostile work environment, ethics, Privacy Act and disclosure, torts, property, and contracts.

6. The undersigned attorney has 10 briefs due in district court cases over the next month. This number is expected to increase in the next week, with more Plaintiff's briefs to be filed. In addition to cases in the active briefing stage, the undersigned must also allocate time to work on cases in other

stages of litigation. Since Plaintiff's opening brief was filed, the undersigned has worked on over 25 district court cases at varying stages of litigation. Counsel is also responsible for other substantive non-litigation matters in the Region IX Office.

7. Due to the volume of the overall workload within the Region IX Office, neither the undersigned attorney nor another attorney in the Region IX Office anticipate being able to complete briefing by the current due date of September 10, 2021. Therefore, Defendant seeks an extension of 30 days, until October 12, 2021, to respond to Plaintiff's motion.

8. This request is made in good faith and is not intended to delay the proceedings in this matter.

9. On September 2, 2021, counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion.

WHEREFORE, Defendant requests until October 12, 2021, to respond to Plaintiff's Motion for Reversal and/or Remand.

Dated: September 2, 2021

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ *Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant United States Attorney

IT IS SO ORDERED:

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE

DATED: September 2, 2021